IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

      v.                        Case No. 25-mj-144

ALFREDO JUAREZ-PEREZ
(aka: Octavio Zambrano),

      Defendant.

COMPLAINT FOR VIOLATIONS OF TITLE 8, UNITED STATES CODE, SECTION 1326 AND TITLE 18, UNITED STATES CODE, SECTION 2250

BEFORE United States Magistrate Judge    United States District Court
Anita Marie Boor                                  120 North Henry Street
                                                                             Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

**COUNT 1**

On or about September 25, 2025, in the Western District of Wisconsin, the defendant,

ALFREDO JUAREZ-PEREZ
(AKA: Octavio Zambrano)

an alien, was found in the United States after having been removed, and not having obtained the express consent of the United States Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326).

## COUNT 2

Between on or about March 5, 2025 through on or about September 25, 2025, in the Western District of Wisconsin and elsewhere, the defendant,

ALFREDO JUAREZ-PEREZ
(AKA: Octavio Zambrano)

being a person who was required to register under the Sex Offender Registration and Notification Act (SORNA), travelled in interstate and foreign commerce, and thereafter knowingly failed to register as a sex offender as required by SORNA.

(In violation of Title 18, United States Code, Section 2250).

This complaint is based on the attached affidavit of Homeland Security Investigations Special Agent Thomas M. Koch.

THOMAS M. KOCH, Special Agent
Homeland Security Investigations

Sworn to before me telephonically this \_\_1st\_\_ day of October 2025.

HONORABLE ANITA MARIE BOOR
United States Magistrate Judge

COUNTY OF DANE            )
                          ) ss
STATE OF WISCONSIN        )

## AFFIDAVIT

I, Thomas M. Koch, first being duly sworn under oath, hereby depose and state as follows:

1.     I am a Special Agent with Homeland Security Investigations (HSI) an investigative branch of the United States Department of Homeland Security (DHS), since July 2019. I have been employed by the DHS as a designated Immigration Officer since August 2010, first as a Border Patrol Agent with the United States Border Patrol, next as a Marine Interdiction Agent with Air and Marine Operations, and then as a Deportation Officer with Immigration and Customs Enforcement (ICE) until July 2019. I have conducted numerous investigations involving both criminal and administrative violations of federal laws, including immigration and customs violations.

2.     This affidavit is submitted in support of an application for a complaint charging ALFREDO JUAREZ-PEREZ (aka: Octavio Zambrano) with violations of Title 8 United States Code, Section 1326, as he is an alien and was found in the United States after having been removed, and not having obtained the express consent of the United States Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, and Title 18 United States Code, Section 2250, as he is a person who was required to register under the Sex Offender Registration and Notification Act (SORNA), travelled in interstate and foreign commerce, and thereafter knowingly failed to register as a sex offender as required by SORNA

3. This affidavit is based upon my personal involvement in this investigation, my training and experience, my review of relevant evidence, as well as information supplied to me by other law enforcement officers. It does not include each and every fact known to me about this investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

4. On September 25, ALFREDO JUAREZ-PEREZ (aka: Octavio Zambrano) was arrested by the DeForest Police Department and booked into the Dane County Jail in Madison, Wisconsin for one count of Sex Offender Registry Violation in Dane County Circuit Court Case #: 25CF1441.

5. At the time of booking at the Dane County Jail, JUAREZ-PEREZ's fingerprints and photograph were taken and electronically submitted to federal databases including the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). IAFIS is a national fingerprint and criminal history system maintained by the Department of Justice, Federal Bureau of Investigation (FBI)'s Criminal Justice Information Services (CJIS) Division and provides automated fingerprint search capabilities, latent search capabilities, electronic image storage, and electronic exchange of fingerprints and responses. IDENT is the central DHS system for storage and processing of biometric and associated biographic information for national security; law enforcement; immigration and border management.

6. After JUAREZ-PEREZ's fingerprints were submitted to Department of Justice and Department of Homeland Security databases by the Dane County Jail, they

4

were electronically matched to FBI# 279677TA6 and are now associated with his criminal history and Alien Registration #: 200 778 243.

7.  I reviewed a copy of the booking photograph taken of JUAREZ-PEREZ by the Dane County Jail. I compared that photograph to the multiple photographs taken at the time of his previous arrests by various Department of Homeland Security agencies since March 2018. All of the photographs bear resemblance to the same individual identified as JUAREZ-PEREZ.

8.  I reviewed documents from the Alien Registration File A# 200 778 243 which is the A-File assigned to JUAREZ-PEREZ. Documents within the A-File indicate that FBI# 279677TA6 has been assigned to JUAREZ-PEREZ as a result of his previous arrests by federal, state, and local law enforcement agencies. An A-File is a file created by DHS or its legacy agencies and are used to document aliens' interactions with the Federal government during their immigration proceedings. They include all of an individual's official immigration and naturalization records and are identified by a unique A-Number. Documents within JUAREZ-PEREZ's A-File as well as DHS databases indicate the following information:

   a. On or about October 30, 2015, ICE arrested JUAREZ-PEREZ following his release from Allenwood Federal Correctional Facility in Allenwood, Pennsylvania. JUAREZ-PEREZ was serving a 64 months sentence following his conviction in the U.S. District Court for the Western District of Wisconsin for violation of Title 21, United States Code, Section 841 in Case #: 11-CR-07-WMC. JUAREZ-PEREZ initially claimed to be a United States Citizen under the alias, Octavio Zambrano. Following an investigation by multiple agencies, including

5

an interview by the real Octavio Zambrano, it was determined that JUAREZ-PEREZ is a citizen and national of Mexico. On December 26, 2013, MORALES-LAUREANO was ordered removed from the United States to Mexico by a Designated Official as an Aggravated Felon. On October 31, 2015, JUAREZ-PEREZ was removed from the United States to Mexico via Hidalgo, Texas.

    b. On March 26, 2018, I interviewed JUAREZ-PEREZ at the Dane County Jail while he was in the custody of the U.S. Marshals Service following his arrest on a supervised release violation. On August 22, 2018, in the U.S. District Court for the Western District of Wisconsin, JUAREZ-PEREZ was sentenced to 30 months BOP for violation of Title 8, United States Code, Section 1326 in Case #: 18-CR-47-WMC, and 12 months BOP for violation of Supervised Release in Case #: 11-CR-07-WMC. On April 9, 2021, ICE in Grand Rapids, Michigan arrested JUAREZ-PEREZ following his release from North Lake Correctional Facility in Case #(s): 11-CR-07-WMC and 18-CR-47-WMC. On April 23, 2021, JUAREZ-PEREZ was removed from the United States from Brownsville, Texas to Mexico.

    c. On or about May 19, 2021, U.S. Border Patrol arrested JUAREZ-PEREZ at a vehicle checkpoint at or near Sarita, Texas after illegally entering the United States from Mexico. On June 16, 2022, in the U.S. District Court for the Southern District of Texas, JUAREZ-PEREZ was sentenced to 37 months BOP for violation of Title 8, United States Code, Section 1326 in Case #: 21-CR-534. On January 5, 2024, ICE in Little Rock, Arkansas arrested JUAREZ-PEREZ following his release from Forest City Federal Correctional Facility in Case #: 21-CR-534. On January

25, 2024, JUAREZ-PEREZ was removed from the United States to Mexico via Brownsville, Texas.

9. I have reviewed records checks of federal databases which indicate that JUAREZ-PEREZ has never applied for permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States after having been previously removed.

10. On March 4, 2025, the Wisconsin Department of Corrections (WIDOC) received an anonymous tip from www.wistaysafe.gov with a message about JUAREZ-PEREZ stating, "200 AMBER TRAIL SUN PRAIRIE WI 53590 6082090156."

11. On March 5, 2025, the Sun Prairie Police Department informed WIDOC they received information from a citizen stating that JUAREZ-PEREZ Was residing in Sun Prairie, Wisconsin. As of March 5, 2025, JUAREZ-PEREZ had failed to report a change of address of residence to the Department of Corrections

12. On June 23, 2025, a state arrest warrant was issued for JUAREZ-PEREZ for violation of Wisconsin State Statute, Section 301.45(6)(a)1, Sex Offender Registry Violation.

13. On September 30, 2025, I searched JUAREZ-PEREZ in the Wisconsin Sex Offender Registry. The database shows his registration requirement began on September 12, 1995, following his conviction for Second Degree Sexual Assault in Dane County Court Case #: 1995CF1369, with a registration end of lifetime registration. Under Compliance Status, JUAREZ-PEREZ is listed as "NON-COMPLIANT".

14. Based on the foregoing, I submit there is probable cause to believe that on or about September 25, 2025, JUAREZ-PEREZ violated Title 8, United States Code,

7

Section 1326, and between on or about March 5, 2025 through on or about September 25, 2025, JUAREZ-PEREZ violated Title 18, United States Code, Section 2250. Accordingly, I respectfully request that the Court issue a complaint charging JUAREZ-PEREZ with those crimes.

_____
THOMAS M. KOCH, Special Agent
Homeland Security Investigations

Subscribed to and sworn before me telephonically this \_\_1st\_\_ day of October 2025.

_____
HONORABLE ANITA MARIE BOOR
United States Magistrate Judge

8